**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00009-CR**
_____

**RICHARD BROUSSARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 14-19501**

**MEMORANDUM OPINION**

On December 15, 2014, the trial court sentenced Richard Broussard on a conviction for aggravated assault. Broussard filed a notice of appeal on January 6, 2015. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On January 8, 2015, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been

1

filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on March 3, 2015
Opinion Delivered March 4, 2015
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.